B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Missouri

In re  Jeffrey Randall Odom
       Lisa Marie Odom                        ,        Case No.  18-45502

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust | Wells Fargo USA Holdings, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
   c/o SN Servicing Corporation
   323 Fifth Street
   Eureka, CA 95501

Phone:  800.603.0836
Last Four Digits of Acct #:  4520

Court Claim # (if known):  4-1
Amount of Claim:  $129,943.31
Date Claim Filed:  09/07/2018

Phone:
Last Four Digits of Acct. #:  3342

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile                          Date: 09/06/2019
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.